**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IN RE: ROGER BELIZARIO

25 **CIVIL** 5877 (LTS)

## JUDGMENT

------------------------------------------------------------------X


For the reasons stated in the October 10, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf.

Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).


SO ORDERED.

 Dated:   October 17, 2025
           New York, New York


_____
      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
   Chief United States District Judge